UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00174-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. OSCAR ARNALDO GARCIA-ANILES,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant's Motion for Adjustment of Sentence [doc. #29], filed June 1, 2009, is **DENIED AS MOOT**.  On February 25, 2009, I issued an Order [doc. #28] denying an identical motion filed by Defendant on November 10, 2008 [doc. #24].

      Dated: June 4, 2009